1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN WAYNE BONILLA,                  No. 2:18-cv-2553-EFB P

12              Plaintiff,

13         v.                                ORDER

14    COLUSA COUNTY,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding without counsel in civil action.  To proceed with a

18    civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request

19    leave to proceed in forma pauperis and submit the affidavit and trust account statement required

20    by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor submitted an application for leave

21    to proceed in forma pauperis.

22         Accordingly, plaintiff has 30 days from the date of service of this order to submit either

23    the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

24    to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

25    order may result in the dismissal of this action.

26         So ordered.

27    Dated:  September 27, 2018.

28                                           EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE