UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUSA COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2553-JAM-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 17, 2018, the court ordered the dismissal of this action because plaintiff had failed to pay the filing fee or seek leave to proceed in forma pauperis. ECF No. 26. A week earlier, however, plaintiff filed an application for leave to proceed in forma pauperis. ECF No. 25. In light of plaintiff's application, albeit tardy, the order of dismissal is vacated and the clerk is directed to reopen the case.

Turning to the complaint, the court notes that the defendant – identified as Colusa County – is located in the Sacramento division of this district. However, it is evident from the complaint and its attachments that plaintiff is attempting to challenge the judgment of conviction imposed upon him by the Alameda County Superior Court, which lies in the Northern District of California. Therefore, the court finds that the convenience of the parties and witnesses and the

/////

1

interests of justice are better served by transferring this action to the United States District Court for the Northern District of California.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The December 18, 2018 order of dismissal (ECF No. 26) is vacated;
2. The Clerk of the Court is directed to reopen this case; and
3. This matter is transferred to the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1404(a).

DATED: December 20, 2018

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).